opinion. Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., dissents and votes to reverse the order and to deny the motion for the same reasons as stated in the dissenting memorandum in *Weil Plumbing Corp.* v. *Cross Properties* (5 A D 2d 843).

## (February 17, 1958)

■ CARL U. ACKERLIND et al., Respondents, v. TEMPLE SINAI, Appellant. — Motions referred to the court that rendered the decisions. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motions for reargument denied, with $10 costs. Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. [See *ante*, p. 777.]

■ In the Matter of the Probate of the Will of MARIA N. TARTAGLIA, Deceased. DOLORES ALMENA et al., Appellants; THOMAS TARTER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See *ante*, p. 684.]

■ CHARLES P. McCARVER, Appellant, v. DE MORNAY-BONARDI CORP. et al., Respondents, et al., Defendants.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE A. GUHR, Appellant.— Motion to amend and resettle order dated December 16, 1957 withdrawn. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. [See *ante*, p. 688.]

■ ALFRED ALUISIO, Respondent, v. GROVER C. SWISHER, Appellant.— In an action to recover damages for fraud and deceit, the appeal is from an order denying a motion to dismiss the complaint for failure to prosecute and to annul and cancel an order of arrest, with leave to renew if the action be not noticed for the next term. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ SIDNEY BERG, Appellant, v. PAUL T. GIVEN, as Supervisor of the Town of Smithtown, et al., Respondents.— Action by a property owner for a judgment declaring, *inter alia*, that certain amendments to a zoning ordinance are unconstitutional, void and ineffective insofar as they place his property in an " A " residence district, wherein no building shall be erected or altered on a lot of an area less than one acre. Prior thereto, said property was in a " C " residence district, wherein no building may be erected or altered on a lot of an area less than 10,000 square feet. The appeal is from an order granting summary judgment dismissing the amended complaint and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ JOAN CONTINI et al., Respondents, v. HOWARD A. RANDALL, Appellant. — In an action to recover damages to person and property and for medical expenses and loss of services, the appeal is from a judgment entered on a jury verdict for $5,000 for the personal injuries and $2,000 for the property damage and medical expense and loss of services. The injuries to person and property are alleged to have been received when a motor vehicle owned and operated by appellant struck the motor vehicle owned by respondent Cosimiro Contini, and operated by his wife, respondent Joan Contini. The evidence